The People of the State of Illinois, defendant in error, v. Leonard Hicks, plaintiff in error. Gen. Nos. 27,567, 27,568.

Prosecution for contributing to the delinquency of a girl 17 years of age. Defendant convicted. Error to the Municipal Court of Chi-

cago; the Hon. Asa G. Adams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed. Opinion filed January 2, 1923.

Lyle, Harrold, Hoover & Devitt, for plaintiff in error. Robert E. Crowe, Edward E. Wilson and Clyde C. Fisher, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.